IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITHEN JONES,
ADC #085316                                                                PLAINTIFF

V.                          NO: 4:14-cv-8-DPM-BD

S. PENDLETON, Sheriff, Saline
County Jail; LAWRENCE, Deputy, Saline
County Jail; KING, Deputy, Saline County
Jail; BIRDSONG, Lieutenant, Saline County
Jail; SNODGRASS, Doctor; SNEED,
Captain/Commander; DELAHUNT, Deputy,
Garland County Jail; REED, Nurse, Garland
County Jail; WHARTON, Deputy, Garland
County Jail; LARRY SANDERS, Sheriff;
DAVID SWITZER, District Judge; MARCHIA
HEARNSBURGER, Circuit Judge; AMY SNELL,
Cashier, EZ Mart; and DOES, Detective, Female
Manager of EZ Mart, Male Co-Worker of EZ Mart          DEFENDANTS

ORDER

The Court previously denied Jones's motion for leave to proceed *in forma pauperis* because he is a three-striker. № 3 at 2; 28 U.S.C. § 1915(g). He has filed more than three cases that were dismissed as frivolous or failed to state a claim upon which relief can be granted. *Jones v. Banks*, 2:95-cv-17-HW; *Jones v. Roberson*, 5:96-cv-123-JMM; *Jones v. Correctional Medical Services*, 5:03-cv-87-SWW; *Jones v. Doe et al.*, 4:05-cv-1092-SWW. The exception to the three-strikes provision doesn't apply because Jones hasn't alleged that he is

in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Jones was instructed to pay the statutory filing fee of $400 to proceed with this lawsuit. № 3 *at* 2. Jones has not complied with the 8 January 2014 Order, and the time for doing so has passed. Jones's complaint is dismissed without prejudice. Local Rule 5.5. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2014