IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITHEN JONES,
ADC #085316                                                                                    PLAINTIFF

V.                                    NO: 4:14-cv-8-DPM

S. PENDLETON, Sheriff, Saline
County Jail; LAWRENCE, Deputy, Saline
County Jail; KING, Deputy, Saline County
Jail; BIRDSONG, Lieutenant, Saline County
Jail; SNODGRASS, Doctor; SNEED,
Captain/Commander; DELAHUNT, Deputy,
Garland County Jail; REED, Nurse, Garland
County Jail; WHARTON, Deputy, Garland
County Jail; LARRY SANDERS, Sheriff;
DAVID SWITZER, District Judge; MARCHIA
HEARNSBURGER, Circuit Judge; AMY SNELL,
Cashier, EZ Mart; and DOES, Detective, Female
Manager of EZ Mart, Male Co-Worker of EZ Mart       DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2014